It is further ordered that a mandate may issue in the same form and with the same directions as in said Tudor Gables case No. 5714.

Reginald B. SMITH, Appellant, v. PHŒNIX FUEL SUPPLY CORPORATION, Appellee.

FEDERAL INSURANCE COMPANY, Assignee of Richard Hellman, Appellant, v. PHŒNIX FUEL SUPPLY CORPORATION, Appellee.

Nos. 367, 368.

Circuit Court of Appeals, Second Circuit.

June 8, 1936.

Bigham, Englar, Jones & Houston, of New York City (W. J. Nunnally, Jr., of New York City, of counsel), for appellants.

James E. Turner, of Brooklyn, N. Y., and Foley & Martin, of New York City (William B. Davis and Christopher E. Heckman, both of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Sarah P. SUISMAN, Plaintiff-Appellant, v. The HARTFORD–CONNECTICUT TRUST COMPANY, as Executor of the ESTATE of Robert O. EATON, Formerly Collector of Internal Revenue for the District of Connecticut, Defendant-Appellee.

No. 358.

Circuit Court of Appeals, Second Circuit.

May 4, 1936.

Henry M. Gretsch, of New York City, for appellant.

Robert H. Jackson, Asst. Atty. Gen., Sewall Key, Norman D. Keller, and Paul R. Russell, Sp. Assts. to Atty. Gen., and Robert P. Butler, U. S. Atty., and George H. Cohen, Asst. U. S. Atty., both of Hartford, Conn., for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment (15 F.Supp. 113) affirmed.

William Leon TAYLOR, Appellant, v. UNITED STATES of America, Appellee. *

No. 7923.

Circuit Court of Appeals, Fifth Circuit.

June 6, 1936.

Howard Dailey, of Dallas, Tex., for appellant.

Clyde O. Eastus, U. S. Atty., and John A. Erhard and Clyde G. Hood, Asst. U. S. Attys., all of Dallas, Tex., for the United States.

Before SIBLEY and HUTCHESON, Circuit Judges, and BORAH, District Judge.

PER CURIAM.

The evidence was sufficient to authorize the submission of the case to the jury. The judgment is affirmed.

In the Matter of UNITED CIGAR STORES COMPANY OF AMERICA, Debtor.

Soren T. CORYDON, Claimant-Appellant, v. IRVING TRUST COMPANY, as Trustee et al., Appellees.

No. 329.

Circuit Court of Appeals, Second Circuit.

June 1, 1936.

*Rehearing denied Aug. 3, 1936.

Paul E. Tuthill, of New York City (David Jetzinger and Harry A. Quinn, both of Chicago, Ill., of counsel), for appellant.

Milbank, Tweed, Hope & Webb, of New York City (H. Struve Hensel, of New York City, of counsel), for appellee Phœnix Securities Corp., Intervener and assignee of Irving Fieldman.

Cravath, de Gersdorff, Swaine & Wood, of New York City, for Irving Trust Co., reorganization trustee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.